ALICE M. RYDER, as Administratrix of the Estate of GEORGE BENESH, Deceased, Plaintiff, v. MILL BASIN ASPHALT CORPORATION et al., Defendants, CITY OF NEW YORK, Defendant-Respondent, and TAYLOR-FICHTER STEEL CONSTRUCTION CO., INC., Impleaded Defendant, Appellant.—

No opinion. Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.

JENNIE SHARP, as Administratrix of the Estate of MORRIS SHARP, Deceased, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

FRANCIS A. VAN SUETENDAEL, as Administrator de Bonis Non of the Estate of ARTHUR J. VAN SUETENDAEL, Deceased, Respondent, v. ACHILLE O. VAN SUETENDAEL et al., Individually and as Liquidating Directors and Trustees of PHILLIPSBURGH CONSTRUCTION COMPANY, Appellants.—

Settle order on notice within ten days from the date of this decision. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.